# Exhibit B

# Pinnacle Transplant Technologies™

Improving today. Advancing tomorrow.

May 23, 2022

**VIA EMAIL, FEDEX OVERNIGHT AND CERTIFIED MAIL**

Alevio, LLC
ATTN: Joe Robbins
Cc: Candace Woods
200 Cahaba Park Circle Suite 100
Birmingham, AL  35242

**RE: Default on Tissue Procurement, Processing and Distribution Agreement (the "Agreement").**

Mr. Robbins:

As you know, Pinnacle Transplant Technologies, LLC ("PTT") entered into the Agreement with your company, Alevio, LLC ("Alevio") on September 27, 2018.  Alevio has defaulted on its obligations under the Agreement.  This letter provides written notice of Alevio's default in the performance of the Agreement.

Paragraph Six of the Agreement requires Alevio to pay PTT within thirty (30) days of the date of invoice (the "Payment Default").  Alevio has consistently failed to pay within thirty days as required by the Agreement.  As of May 23, 2022, the following invoices have not been paid as required by the Agreement:

| Invoice No. | DUE Date | Amount Outstanding |
|---|---|---|
| INV036992 | 10/27/2021 | 44,448.46 |
| INV037034 | 10/30/2021 | 9,034.04 |
| INV037186 | 11/14/2021 | 12,600.00 |
| INV037193 | 11/14/2021 | 2,400.00 |
| INV037250 | 11/21/2021 | 15,634.51 |
| INV037569 | 12/29/2021 | 13,249.68 |
| INV037570 | 12/29/2021 | 33,000.00 |
| | | 130,366.69 |

Pursuant to Paragraph Six of the Agreement, PTT is assessing a two and one-half (2.5%) percent late charge for each monthly payment that was not timely made in accordance with the Agreement.  The total amount owing from Alevio to PTT that is more than thirty days overdue is therefore $146,843.35; to remedy the Payment Default, this amount must be paid to PTT within thirty days of your receipt of this notice.

## Pinnacle Transplant Technologies™

Improving today. Advancing tomorrow.

Please contact me with any questions about the amounts listed herein.  Any past or future negotiations between PTT or Alevio representatives do not and shall not constitute a waiver of PTT's right to exercise its rights and remedies under the Agreement.  The enumeration of the default herein is not intended and shall not be deemed to waive other defaults that may currently exist under the Agreement.

Sincerely,

Pinnacle Transplant Technologies, LLC
Casey Hancock, CFO