# Exhibit C



1 E Washington St #1200, Phoenix, AZ 85004  •  (602) 650-2000

November 3, 2022

John Craiger
(602) 650-2301
jcraiger@polsinelli.com

**Via Federal Express**

Alevio, LLC
Attn: Joe Robbins
200 Cahaba Park Circle, Suite 100
Birmingham, AL 35242

Alevio, LLC
Attn: Candace Woods
200 Cahaba Park Circle, Suite 100
Birmingham, AL 35242

## NOTICE AND DEMAND FOR IMMEDIATE PAYMENT

**Re:     Debt owed by Alevio, LLC to Pinnacle Transplant Technologies, LLC**

To Whom It May Concern:

This law firm is litigation counsel to Pinnacle Transplant Technologies, LLC ("Pinnacle"). Pinnacle and Alevio, LLC ("Alevio") entered into that Tissue Procurement, Processing And Distribution Agreement (the "Agreement") on September 27, 2018. Pinnacle has performed all of its obligation as described in the Agreement including, but not limited to, providing the services and products described in the Agreement. Pursuant to Section 6 of the Agreement, Alevio is obligated to pay Pinnacle the amounts invoiced by Pinnacle within 30 days of the date of invoice.

Alevio has breached the Agreement. Despite numerous demands for payment, Alevio refused to pay the amounts due of at least one-hundred and fifteen thousand, three-hundred and sixty-six dollars and sixty-nine cents ($115,366.69). Pursuant to Section 6 of the Agreement, Alevio is also responsible for paying a 2.5% late charge for each monthly payment that was not timely made. As of October 31, 2022, the total amount owed by Alevio to Pinnacle including late charges is at least one hundred and forty-seven thousand, and fourteen dollars and eighteen cents ($147,014.18). This amount has increased and will continue to increase every month until paid by Alevio. The failure to pay this amount is a breach of the Agreement (the "Breach"). This description of the Breach does not suggest this is the only breach under the Agreement and Pinnacle reserves the right to call additional breaches in the future.

Atlanta    Boston    Chicago    Dallas    Denver    Houston    Kansas City    Los Angeles    Miami    Nashville    New York
Phoenix    St. Louis    San Francisco    Seattle    Silicon Valley    Washington, D.C.    Wilmington
Polsinelli PC, Polsinelli LLP in California



November 3, 2022
Page 2

In addition to numerous requests sent by electronic mail by Pinnacle to Alevio, Pinnacle also sent the Default on Tissue, Processing and Distribution Agreement on May 23, 2022 (the "Demand Letter"). Alevio refused to pay the amounts described in the Demand Letter.

Pinnacle has no option left but to file a lawsuit against Alevio in Federal Court in Arizona and request damages and attorneys' fees from Alevio. If the Breach described herein is not cured by November 18, 2022, Pinnacle may pursue any and all available rights and remedies under the Agreement or at law or in equity, without further notice or demand.

Any partial payment or partial performance made by Alevio, or acceptance of any partial payment or partial performance by Pinnacle, or any of its representatives at any time, of any amount that is not sufficient to cure the Breach as required herein or that is not sufficient to satisfy any future obligation under the Agreement is not intended, and shall not be deemed, to constitute a waiver of Pinnacle's rights, remedies, or recourse under the Agreement at law or in equity. Any application of any such payment is not intended, and shall not be deemed, to be a modification, rearrangement, reinstatement, or extension of the existing Agreement.

Any past or future negotiation between you or your representatives or agents on the one hand, and Pinnacle and its representatives or agents on the other, do not and shall not constitute a waiver of Pinnacle's right to exercise its rights and remedies under the Agreement or at law or in equity. Any alleged waiver of any of Pinnacle's rights shall not be effective unless in writing duly executed by an authorized representative of Pinnacle. Alevio shall not be entitled to rely upon any oral statements made or purported to be made by or on behalf of Pinnacle or its agents in connection with any alleged agreement by or on behalf of Pinnacle to refrain from exercising any of Pinnacle's rights under the Agreement or otherwise at law or in equity.

Nothing set forth herein is intended, and nothing herein shall be deemed, to modify, limit, release, reduce, or waive any of Pinnacle's rights, remedies, or privileges under the Agreement, or at law or in equity, all of which are hereby specifically reserved. Furthermore, the enumeration of any specific Breach herein is not intended, and shall not be deemed, to waive other breaches that may currently exist under the Agreement.

If you would like to engage in discussions with respect to Alevio's obligations under the Agreement or to obtain additional information regarding the actions necessary to cure the existing Breach, you may contact the undersigned. The employees of Pinnacle are no longer handling this matter, so contacting me is appropriate.



November 3, 2022
Page 3

Your prompt attention to this matter is appreciated.

Sincerely,

John S. Craiger